UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KATHY ANN MANNING                          PETITIONER

VS.                          CIVIL ACTION NO. 3:17CV646TSL-FKB

MISSISSIPPI DEPARTMENT OF                  RESPONDENT
CORRECTIONS

## ORDER

This cause came on this date to be heard upon the report and recommendation of United States Magistrate F. Keith Ball, and the court, no objection having been filed and having fully reviewed the report and recommendation entered in this cause on May 2, 2018, and being duly advised in the premises, finds that said report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Judge F. Keith Ball entered on May 2, 2018, be, and the same is hereby adopted as the finding of this court, and the petition for writ of habeas corpus is hereby dismissed without prejudice.

It is further ordered that a certificate of appealability should not issue. Petitioner has failed to demonstrate that "jurists of reason would find it debatable whether [this] court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484, 120 S. Ct. 1595, 146 L. Ed. 2d 542 (2000).

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 22nd day of May, 2018.

                 /s/Tom S. Lee
                 UNITED STATES DISTRICT JUDGE